IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-685C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Bush) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to and including December 22, 2006, within which to prepare and file our response to plaintiff's complaint. The Government's response currently is due on December 1, 2006. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, David P. Sheldon, and was informed that plaintiff does not object to this motion for enlargement of time.

Following receipt of the complaint, defendant's counsel began preparation of the Government's response. However, she did not receive the administrative record until November 14, 2006. Thus, she requires an additional 21 days to review the administrative record, prepare the response, and obtain supervisory review of the Government's response.

The enlargement of time requested also is necessary because, among other matters, defendant's counsel is required to prepare and file the following: (1) the Government's reply to plaintiff's response to our motion to dismiss in Gibson-Dickson v. United States, Fed. Cl. No. 06-476C, by December 4, 2006; (2) the Government's brief in Wiley v. United States Postal

Service, Fed. Cir. No. 06-3407, by December 4, 2006; (3) the Government's response to plaintiff's complaint in Former Employees of Advanced Electronics v. Elaine L. Chao, CIT No. 06-00337, by December 4, 2006; (4) the Government's motion to dismiss in Brickwood Contractors, Inc. v. United States, Fed. Cl. No. 06-695C, by December 11, 2006; and (5) the Government's brief in Garcia v. Department of the Army, Fed. Cir. No. 06-3406, by December 13, 2006. Moreover, defendant's counsel will be out of the office December 4-8 for a training seminar.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 21 days, to and including December 22, 2006, in which to file the Government's response.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

November 21, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 21st day of November, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN