**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:06-cv-00685-LBJ |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | The Honorable Lynn J. Bush |
| *Defendant.* | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff John D. Boyer hereby moves the Court for an enlargement of time in which to file a response to Defendant's Motion to Dismiss. Plaintiff respectfully requests an enlargement of thirty (30) days from the original due date. Plaintiff's response is currently due on January 18, 2007. If his motion is granted, the response will be due on February 20, 2007.

Plaintiff submits this motion due to an extended, unusually heavy docket involving military courts-martial and other federal proceedings. Last week, Counsel for Plaintiff was in a contested hearing before a military tribunal at Camp Pendleton, California. This week, Counsel for Plaintiff has a contested hearing in Washington, DC, among other duties.

On January 16, 2007, undersigned counsel discussed this motion telephonically with counsel for the Defendant, who stated that the government does not oppose the motion for enlargement. Plaintiff has not previously filed a motion for enlargement regarding this pleading. A proposed order is attached to this motion.

Based on the foregoing, Plaintiff respectfully requests that his motion for enlargement be granted.

Respectfully submitted,

David P. Sheldon
Counsel for Plaintiff

January 17, 2007