# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:06-cv-00685-LBJ |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | The Honorable Lynn J. Bush |
| *Defendant.* | ) | |
| ______________________________ | ) | |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Enlargement of Time to File Response to Defendant's Motion to Dismiss, and for good cause shown, it is by the Court, this _________ day of __________________, 2007,

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall file a response on or before February 20, 2007.

______________________________
The Honorable Lynn J. Bush
Judge, United States Court of Federal Claims