# In the United States Court of Federal Claims

No. 06-685 C

(Filed January 18, 2007)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On January 17, 2007 plaintiff filed an Unopposed Motion for Enlargement of Time of thirty days, to and including February 20, 2007, within which to respond to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge