**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:06-cv-00685-LBJ |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | The Honorable Lynn J. Bush |
| *Defendant.* | ) | |

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff John D. Boyer hereby moves the Court for an enlargement of time in which to file a response to Defendant's Motion to Dismiss. Plaintiff respectfully requests an enlargement of thirty (30) days from the current due date. Plaintiff's response is currently due on February 20, 2007. The original due date was January 18, 2007. If this motion is granted, Plaintiff's response to Defendant's Motion to Dismiss will be due on March 22, 2007.

Plaintiff submits this motion due to an extraordinarily heavy docket involving military courts-martial and other federal proceedings, including a capital case. Undersigned counsel for Plaintiff has been working on matters in Kansas, California, and overseas, and has just returned to Washington for the first time in three weeks.

On February 16, 2007, undersigned counsel discussed this motion telephonically with counsel for the Defendant, who stated that the government does not oppose the motion for enlargement. Plaintiff has previously filed one motion for enlargement regarding this pleading, and this will be the final such motion. A proposed order is attached to this motion.

Based on the foregoing, Plaintiff respectfully requests that his second motion for enlargement be granted.

Respectfully submitted,

David P. Sheldon
Counsel for Plaintiff

February 16, 2007