**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, *Plaintiff,* v. THE UNITED STATES OF AMERICA *Defendant.* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:06-cv-00685-LBJ<br>The Honorable Lynn J. Bush |

**ORDER**

Upon consideration of the Plaintiff's Unopposed Second Motion for Enlargement of Time to File Response to Defendant's Motion to Dismiss, and for good cause shown, it is by the Court, this ________ day of ________________, 2007,

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall file a response on or before March 22, 2007.

______________________________
The Honorable Lynn J. Bush
Judge, United States Court of Federal Claims