# In the United States Court of Federal Claims

No. 06-685 C

(Filed February 20, 2007)

* * * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * *

**ORDER**

On February 16, 2007, plaintiff filed an Unopposed Motion for Enlargement of Time of thirty days, to and including March 22, 2007, within which to respond to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge