**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:06-cv-00685-LBJ |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | The Honorable Lynn J. Bush |
| *Defendant.* | ) | |

**PLAINTIFF'S UNOPPOSED THIRD AND FINAL MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff John D. Boyer hereby moves the Court for an enlargement of time in which to file a response to Defendant's Motion to Dismiss. Plaintiff respectfully requests an enlargement of thirty (30) days from the current due date. Plaintiff's response is currently due on March 22, 2007. The original due date was January 18, 2007. If this motion is granted, Plaintiff's response to Defendant's Motion to Dismiss will be due on April 23, 2007.

Plaintiff submits this motion due to an extraordinarily heavy docket involving military courts-martial and other federal proceedings, including a capital case. On March 15, 2007, the Court of Appeals for the Fifth Circuit granted a Certificate of Appealability in undersigned counsel's death penalty case. Exhibit 1. The Court ordered undersigned counsel to file a merits brief on or before March 30, 2007. Exhibit 2. It is a capital case that raises a number of significant issues under *Atkins v. Virgnia*, 506 U.S. 314 (2002); *Hall v. Texas*, 537 U.S. 802 (2002); *Ring v. Arizona*, 536 U.S. 584 (2002); and *Penry v. Johnson*, 532 U.S. 782 (2001). Undersigned counsel apologizes to this Court for having to file for a third enlargement of time to

file a brief in opposition to the government's motion to dismiss, however, counsel begs the Court's indulgence in this circumstance. This will be undersigned counsel's final enlargement of time.

On March 15, 2007, undersigned counsel discussed this motion telephonically with counsel for the Defendant, who stated that the government does not oppose the motion for enlargement. Plaintiff has previously filed two motions for enlargement regarding this pleading, and this will be the final such motion. A proposed order is attached to this motion.

Based on the foregoing, Plaintiff respectfully requests that his third motion for enlargement be granted.

Respectfully submitted,

David P. Sheldon
Counsel for Plaintiff

March 19, 2007