**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:06-cv-00685-LBJ |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | The Honorable Lynn J. Bush |
| *Defendant*. | ) | |
| ______________________________ | ) | |

**ORDER**

Upon consideration of the Plaintiff's Unopposed Third and Final Motion for Enlargement of Time to File Response to Defendant's Motion to Dismiss, and for good cause shown, it is by the Court, this ________ day of ________________, 2007,

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall file a response on or before April 23, 2007.

______________________________
The Honorable Lynn J. Bush
Judge, United States Court of Federal Claims