# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 15, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 06-70041 Hall v. Quarterman
USDC No. 4:06-CV-436

Enclosed is an opinion order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Joseph M Armato
Joseph Armato, Deputy Clerk

Mr David Patrick Sheldon
Mr Gregory Burke Westfall
Mr Thomas M Jones
Ms Karen S Mitchell, Clerk

United States Court of Appeals
Fifth Circuit
**F I L E D**
March 15, 2007
Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 06-70041

---

MICHAEL WAYNE HALL,

Petitioner-Appellant

versus

NATHANIEL QUARTERMAN, DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

---

Appeal from the United States District Court
For the Northern District of Texas, Fort Worth
(06-CV-436)

---

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

BY THE COURT:

We grant a certificate of appealability on Michael Wayne Hall's *Atkins* claim.[1] The case will be scheduled for oral argument before this panel.

We are not presently persuaded to grant and we defer decision upon the application for a certificate of appealability on Hall's *Ring*[2] and *Penry*[3] claims until after oral argument. The Court does

---

[1] *Atkins v. Virginia* , 506 U.S. 314 (2002); *Hall v. Texas*, 537 U.S. 802 (2002).

[2] *Ring v. Arizona*, 536 U.S. 584 (2002).

[3] *Penry v. Johnson*, 532 U.S. 782 (2001).

not request but the parties may supplement the *Ring* and *Penry* claims and offer argument, if they wish to do so.

So ORDERED.