# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 15, 2007

Mr David Patrick Sheldon
Barracks Row
512 8th Street SE
Washington, DC 20003

Mr Gregory Burke Westfall
Westfall Platt Cutrer & Paschall
Suite 910
101 Summit Avenue
Fort Worth, TX 76102

No. 06-70041 Hall v. Quarterman
USDC No. 4:06-CV-436

Dear Counsel:

In light of the Court's opinion of this date, below is the **EXPEDITED** briefing notice issued by the Court. **NO EXTENSIONS WILL BE GRANTED AND ALL BRIEFS ARE PHYSICALLY DUE IN THE OFFICE ON THE APPROPRIATE DUE DATES.**

**Appellant's Brief and Record Excerpts due by March 30, 2007**

**Appellee's Brief due by April 16, 2007**

**Appellant's Reply Brief, if any, due by April 23, 2007**

*** Note: Electronic copies of all briefs MUST be in Portable Document Format (PDF).**

**Brief Covers**. THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Mary Frances Noveh
Mary Frances Noveh
Case Management Clerk
504-310-7686

Enclosure

P.S. to Counsel: As directed in the Court's opinion, the case is proceeding to oral argument. Once an actual date has been selected, you will be advised immediately.

Case No. 06-70041

MICHAEL WAYNE HALL

Petitioner - Appellant

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent - Appellee