# In the United States Court of Federal Claims

No. 06-685 C

(Filed March 23, 2007)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On March 19, 2007, plaintiff filed an Unopposed Motion for Enlargement of Time of thirty days, to and including April 23, 2007, within which to respond to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge