**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:06-cv-00685-LBJ |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | The Honorable Lynn J. Bush |
| *Defendant*. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff John D. Boyer hereby moves the Court for leave to file his First Amended Complaint. RCFC 15(a) requires that "leave shall be freely given when justice so requires."

Plaintiff's initial Complaint sought payment of monies from Defendant for retirement pay, as well as back pay. Plaintiff is not entitled to retirement pay, and so an amendment to his Complaint is needed.

Undersigned counsel conferred with Meredyth D. Cohen, counsel for Defendant, who stated that Defendant opposes this motion.

Based on the foregoing, Plaintiff respectfully requests that his motion for leave to file his First Amended Complaint be granted.

Respectfully submitted,

David P. Sheldon
Counsel for Plaintiff

April 20, 2007