IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-685C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 45 days, to and including June 25, 2007, within which to prepare and file our response to plaintiff's motion to amend the complaint and our reply to plaintiff's opposition to our motion to dismiss. The Government's response and reply are both currently due on May 10, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, David P. Sheldon, and was informed that plaintiff does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because, among other matters, defendant's counsel is required to prepare and file the following: (1) the Government's reply to plaintiff's opposition to our motion to dismiss in Cooke v. United States, Fed. Cl. No. 06-748C, by May 7, 2007; (2) the administrative record in Scott v. United States, Fed. Cl. No. 07-216C, by May 7, 2007; (3) the Government's reply to plaintiff's opposition to our motion to dismiss in Laurelwood v. United States, Fed. Cl. No. 06-734C, by May 14, 2007; (4) the Government's reply to plaintiff's opposition to our motion for judgment upon the administrative record in

Banerjee v. United States, Fed. Cl. No. 06-829C, by May 18, 2007; (5) the Government's motion to dismiss in Scott v. United States, Fed. Cl. No. 07-216C, by May 21, 2007; and (6) the Government's response to plaintiff's complaint in Tillman v. United States, Fed. Cl. No. 06-802C, by June 7, 2007. In addition, defendant's counsel must prepare to present oral argument in Myore v. Nicholson, Fed. Cir. No. 2006-7330, on May 8, 2007; and JGB Enterprises, Inc. v. United States, Fed. Cir. No. 2005-5065, on May 11, 2007.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 45 days, to and including June 25, 2007, in which to file the Government's response and reply.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

May 1, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 1st day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN