# In the United States Court of Federal Claims

No. 06-685 C

(Filed May 15, 2007)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On May 13, 2007, defendant filed an unopposed motion for enlargement of time of thirty days, to and including June 28, 2007, within which to reply to plaintiff's response to defendant's motion to dismiss. Because defendant represents that this motion is unopposed, and for the reasons stated therein, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge