IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-685C |
| v. | ) | (Judge Bush) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**WITHDRAW DEFENDANT'S MOTION TO DISMISS**

Defendant, the United States, respectfully requests that this Court grant defendant leave to withdraw Defendant's Motion to Dismiss, filed on May 8, 2007. Upon further review, defendant no longer believes that it has a basis upon which to challenge this Court's subject matter jurisdiction or to assert that plaintiff has failed to state a claim upon which relief can be granted.

Defendant proposes filing a motion for judgment upon the administrative record, pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims, on or before August 17, 2007.

For the foregoing reasons, we respectfully request that this Court grant defendant leave to withdraw Defendant's Motion to Dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

June 18, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of June, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW DEFENDANT'S MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen