# In the United States Court of Federal Claims

No. 06-685 C
(Filed June 19, 2007)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * *

**ORDER**

On June 18, 2007, defendant filed a Motion for Leave to Withdraw Defendant's Motion to Dismiss, filed May 8, 2007. Defendant's motion states that upon further review, the government no longer believes that it has a basis upon which to challenge this court's subject matter jurisdiction or to assert that plaintiff has failed to state a claim upon which relief can be granted. Additionally, defendant's motion proposes that the government file a motion for judgment upon the administrative record, pursuant to RCFC 52.1, on or before August 17, 2007. Defendant's motion failed to include a representation that defendant has discussed the motion with plaintiff, a statement indicating plaintiff's position on the subject matter, or, if opposing counsel could not be consulted, an explanation of the efforts that were made to do so.

On June 19, 2007, chambers of the undersigned contacted David Sheldon, Esq., plaintiff's counsel, in order to inquire as to plaintiff's position on defendant's request. Mr. Sheldon stated that plaintiff does not oppose defendant's motion.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's Motion for Leave to Withdraw Defendant's Motion to Dismiss, filed June 18, 2007, is **GRANTED**; and

(2) Pursuant to RCFC 52.1, defendant shall **FILE** its **Motion for Judgment Upon the Administrative Record** and its certified **Administrative Record** on or before **August 17, 2007**. All subsequent briefing deadlines shall be established in accordance with the rules of this court.

/s/Lynn J. Bush
LYNN J. BUSH
Judge