**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:06-cv-00685-LBJ |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | The Honorable Lynn J. Bush |
| *Defendant*. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff John D. Boyer respectfully requests that the Court grant an enlargement of time of 30 days, to and including October 17, 2007, within which to prepare and file his responsive pleading to Defendant's Motion for Summary Judgment. Plaintiff's Response and Cross Motion are currently due on September 17, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel contacted Defendant's counsel, Meredyth D. Cohen, and was informed that Defendant does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because, among other matters, Counsel for Plaintiff has an extraordinarily heavy docket involving military courts-martial (including in Georgia and southeast Asia) and other federal proceedings, and Defendant's opposition brief raises substantial issues. Undersigned counsel also has a criminal trial set down for next week at Fort Gordon, Georgia and a certiorari petition due at the United States Supreme Court in the matter of *Harrow v. United States* on September 20, 2007.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed motion for an enlargement of time of 30 days, to and including October 17, in which to file

Plaintiff's Response and Cross Motion. A minute order is requested.

Respectfully submitted,

/s/

David P. Sheldon
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff

September 6, 2007

**CERTIFICATE OF SERVICE**

I certify under that on this 6th day of September, 2007, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

David P. Sheldon
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff