IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, *Plaintiff*, | ) | Civil Action No. 1:06-cv-00685-LBJ |
| v. | ) | |
| THE UNITED STATES OF AMERICA *Defendant*. | ) | The Honorable Lynn J. Bush |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff John D. Boyer respectfully requests that the Court grant an enlargement of time of 7 days, to and including October 24, 2007, within which to prepare and file his responsive pleading to Defendant's Motion for Judgment on the Administrative Record. Plaintiff's Response and Cross Motion are currently due on October 17, 2007. This is Plaintiff's second request for an enlargement of time for this purpose. Plaintiff's first request for a 30 day enlargement was previously granted.

The enlargement of time requested is necessary because Counsel for Plaintiff is currently hospitalized following emergency surgery. Plaintiff's counsel contacted Defendant's counsel, Meredyth D. Cohen, and was informed that Defendant does not object to this motion for enlargement of time.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed motion for an enlargement of time of 7 days, to and including October 24, in which to file Plaintiff's Response and Cross Motion. A minute order is requested.

Respectfully submitted,

/s/

David P. Sheldon
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff

October 16, 2007

**CERTIFICATE OF SERVICE**

I certify under that on this 16th day of October, 2007, a copy of the foregoing "CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

David P. Sheldon
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff