# In the United States Court of Federal Claims

No. 06-685 C
(Filed October 22, 2007)

* * * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * *

## ORDER

On October 16, 2007, plaintiff filed[1] an Unopposed Motion for Enlargement of Time of thirty days, to and including October 24, 2007, within which to file plaintiff's response to defendant's motion for judgment on the administrative record.[2] For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ The Clerk's office noted a deficiency in plaintiff's filing, in that the electronic signature was incomplete. Plaintiff's motion is filed by leave of the court.

[2]/ Although plaintiff described defendant's motion as a motion for summary judgment, defendant's motion was filed under RCFC 52.1, not RCFC 56.