IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN D. BOYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-685C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to and including November 26, 2007, within which to prepare and file our reply to plaintiff's response to our motion for judgment upon the administrative record. The Government's reply is currently due on November 5, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, David P. Sheldon, and was informed that plaintiff does not object to this motion for enlargement of time.

The Government's response to plaintiff's cross-motion for judgment upon the administrative record is currently due on November 26, 2007. This enlargement of time is being requested because we intend to incorporate our reply to plaintiff's response to our motion for judgment upon the administrative record within our response to plaintiff's cross-motion for judgment upon the administrative record.

The enlargement of time requested is also necessary because defendant's counsel is required to prepare and serve the Government's responses to plaintiff's interrogatories and

requests for the production of documents in Cooke v. United States, Fed. Cl. No. 06-748C, by November 1, 2007. Defendant's counsel is also required to prepare and file the parties' Joint Preliminary Status Report in Kawa v. United States, Fed. Cl. No. 06-448C, by November 2, 2007, and the Government's response to plaintiff's motion for summary judgment in Cooke, by November 9, 2007. In addition, defendant's counsel is required to take one and defend four depositions in Cooke between October 25 and November 20, 2007. Finally, defendant's counsel must prepare for oral argument in Overton v. Office of Personnel Management, Fed. Cir. No. 2007-3111, to be held on November 9, 2007.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 21 days, to and including November 26, 2007, in which to file the Government's reply.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

October 26, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 26th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN