# In the United States Court of Federal Claims

No. 06-685 C

(Filed October 31, 2007)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On October 26, 2007, defendant filed an Unopposed Motion for Enlargement of Time of twenty-one days, to and including November 26, 2007, within which to file defendant's reply to plaintiff's response to defendant's motion for judgment on the administrative record. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge