# In the United States Court of Federal Claims

No. 06-685 C
(Filed February 7, 2008)

* * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * *

**ORDER**

On August 15, 2007, defendant filed a motion for judgment upon the administrative record, and on October 24, 2007, plaintiff filed his cross-motion. The motions have been fully briefed. In plaintiff's cross-motion, plaintiff requested an oral argument on the subject motions.[1] Defendant takes no position on the necessity of oral argument. In that regard, the parties shall confer and propose to the court a mutually acceptable date for oral argument to be held on the record during the week of February 25th. The court expects the argument to last no longer than one to two hours.

Accordingly, it is hereby **ORDERED** that the parties shall **CONFER** and **CONTACT** chambers at 202-357-6532 with their proposed date for oral argument.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ Plaintiff's cross-motion requested a "hearing," which the court assumes to reference an oral argument on the pending cross-motions.