# In the United States Court of Federal Claims

No. 06-685 C

(Filed February 12, 2008)

* * * * * * * * * * * * * * * * * * *
JOHN D. BOYER, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * *

**ORDER**

On February 7, the court granted plaintiff's request for oral argument and ordered the parties to confer and propose to the court a mutually acceptable date for oral argument to be held on the record during the week of February 25th. On February 11, 2008, the parties notified chambers of the undersigned that neither party is available during the week of February 25th. Hence, the parties propose March 14, 2008 as an alternative date for oral argument.

Accordingly, it is hereby **ORDERED** that:

(1) **Oral argument** shall be **HELD** on Wednesday, **March 14, 2008**, at **2:00 p.m., eastern time**, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby;

(2) Unless counsel agree otherwise, as the party filing the initial dispositive motion, counsel for defendant shall present the opening argument; and

(3) No time limit shall be applicable for the presentations, but counsel will be afforded equal time and all proceedings must be concluded by or before 4:00 p.m., eastern time.

/s/Lynn J. Bush
LYNN J. BUSH
Judge