ORIGINAL #06-8165

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 29 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **JOHN D. BOYER**<br>Appellant,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Appellee. | Case No. 06-685 C<br>Judge Lynn J. Bush |

## NOTICE OF APPEAL

John D. Boyer, Appellant, by and through undersigned counsel, hereby submits this notice of appeal pursuant to Rule 3 of the Federal Rules of Appellate Procedure.

This is an appeal as of right taken against the judgment of Judge Lynn J. Bush in the matter of *John D. Boyer v. United States*, United States Court of Federal Claims (Case Number 06-685C). Judgment was entered against Appellant on March 31, 2008. Appellant seeks review of the entire judgment. This appeal is taken to the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

David P. Sheldon
Counsel for Appellant

Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, S.E.
Washington, D.C. 20003
Tel: 202-546-9575
Fax: 202-546-0135

***Certificate of Service***

I hereby certify that on May 29, 2008 a Notice of Appeal was served on the United States Attorney, Meredyth Dawn Cohen, U.S. Department of Justice - Civil Division, 1100 L Street, NW Washington, DC 20530.

David P. Sheldon