# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
SEP 2 2008
U.S. COURT OF FEDERAL CLAIMS

2008-5080

JOHN D. BOYER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-685, Senior Judge Robert H. Hodges, Jr.

## O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

09/02/08

cc: Clerk's Office, CFC
David P. Sheldon
Meredyth D. Cohen

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2008

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/02/08

BOYER V US, 2008-5080
CFC - 06-CV-685

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Date: 9/2/08